UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Spring Sola, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>Baker Parts, Inc.,<br><br>　　　　Defendant. | Case No. _____ |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Spring Sola, LLC ("Sola") by and through their undersigned counsel, submits the following disclosure pursuant to Fed. R. Civ. P. 7.1(a)(2):

1. Sola has 44 members. *None* of Sola's members are citizens of Massachusetts. Each of the following information is made based on actual knowledge or, as applicable, upon information and belief based on reasonable inquiry.

2. Sanjay Agarwal is a natural person domiciled in the United Kingdom.

3. Barry Kissler is a natural person domiciled in New Jersey.

4. Isaac Ferry is a natural person domiciled in the United Kingdom.

5. Robin Smith is a natural person domiciled in New York.

6. Lisa Kettering is a natural person domiciled in Colorado.

7. Natasha Levin is a natural person domiciled in the United Kingdom.

8. Carole Gray Bamford is a natural person domiciled in the United Kingdom.

9. Edward Lambton is a natural person domiciled in the United Kingdom.

10. Caroline Templeton is a natural person domiciled in the United Kingdom.

11. Michael Ryan is a natural person domiciled in the United Kingdom.

12. Samuel Adetunji is a natural person domiciled in Florida.

13. Scott Ikott Tommey is a natural person domiciled in Nigeria.

14. Mark John Hayward is a natural person domiciled in the United Kingdom.

15. Akin Adesola is a natural person domiciled in Nigeria.

16. Ryan Kohn is a natural person domiciled in the United Kingdom.

17. Natasha Levin is a natural person domiciled in the United Kingdom.

18. Walter Robb is a natural person domiciled in a location *outside* of Massachusetts. Any necessary supplementation or request will be made in accordance with Rule 7.1, its official comments, and interpreting case law.

19. John Yamin is a natural person domiciled in Washington.

20. Safefair Nova Limited is a limited company domiciled in the United Kingdom.

21. Sacco Assets Limited is a limited company domiciled in the Bahamas.

22. Clearview Spring Trust is a trust whose trustee(s), upon information and belief, is domiciled in New Jersey.

23. Explora Ventures Limited is a limited company, who upon information and belief is domiciled in Bermuda.

24. Each of the following are also individuals or entities whose member(s), trustee(s), or individually, as applicable, are each domiciled *outside* of Massachusetts; and any necessary supplementation or request related thereto will be made in accordance with Rule 7.1, its official comments, and interpreting case law:

    a. HYWMT, LLC;

    b. The Volsci Family Trust;

    c. Seahorse Express, LLC;

d. Charles F. Kettering III 2011 Delaware Dynasty Trust;

e. Fuel Brands, LLC;

f. Aaron Gorovitz IRA #9931522 (Aaron Gorovitz is a natural person domiciled in Florida);

g. Elizabeth Gorovitz IRA #9931523 (Elizabeth Gorovitz is a natural person domiciled in Florida);

h. Clearview Spring Trust;

i. Lord Cochrane Limited;

j. Aitch Estates Limited;

k. Sacco Assets Limited;

l. Roji Investments Private Limited;

m. The Joseph Todd Lonsdale Trust dated March 4, 2015;

n. Essitam Investments Limited;

o. Millennium Venture Capital AG;

p. Opal West Limited;

q. Scorpio Holdings Limited;

r. VIP Aviation Services Limited;

s. ALTRAS Capital Financing Broker;

t. Spring Foods MIP, LLC;

u. Spring Foods, LLC Equity Incentive Plan;

v. Ivita Spring Holdings I, LLC.

Dated this 4th day of March, 2024.

Respectfully submitted,
The Plaintiff,
SPRING SOLA, LLC
By its attorneys,

| | |
|---|---|
| */s/ Benjamin Lajoie* | *Jessica J. Smith (pro hac forthcoming)* |
| *MCGLINCHEY STAFFORD, PLLC* | *Adrianne Rosenbluth (pro hac forthcoming)* |
| Benjamin Lajoie, BBO# 693715 | *Holland & Hart LLP* |
| blajoie@mcglinchey.com | 555 17th Street, Suite 3200 |
| One Beacon St., Suite 16100 | Denver, CO 80202-3921 |
| Boston, MA 02108 | jjsmith@hollandhart.com |
| (857) 453-7185 – Phone | akrosenbluth@holland.com |
| (617) 830-0852 – Fax | 303.295.8000 (telephone) |
| | 303.295.8261 (facsimile) |

31564372_v1